1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC., et al., | CASE NO. 3:18-cv-05005-RJB |
| Plaintiffs, | ORDER ON WASHINGTON ENVIRONMENTAL COUNCIL, ET AL. MOTION TO INTERVENE |
| v. | |
| JAY INSLEE, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on the Motion to Intervene filed by the Washington Environmental Council, Columbia Riverkeeper, Friends of the Columbia Gorge, Climate Solutions, and Sierra Club (collectively, "the Intervenors"). Dkt. 24. The Court has considered the motion and the remainder of the file herein.

The Intervenors seek to intervene as defendants as a matter of right under Fed. R. Civ. P. 24(a), and in the alternative, as a matter of permissive intervention under Fed. R. Civ. P. 24(b).

The named defendants do not oppose intervention.

1    Plaintiffs do not object to permissive intervention, but they propose three limitations on

2    the Intervenors' participation in the case: (1) prohibiting the Intervenors from asserting

3    counterclaims or cross-claims; (2) requiring the Intervenors to coordinate with the other named

4    defendants for any discovery requests; and (3) prohibiting the Intervenors from opposing

5    settlement, if any, between Plaintiffs and the named defendants. Dkt. 42 at 2. The Intervenors

6    have agreed not to bring counterclaims or cross-claims, but, they argue, limiting the Intervenors'

7    full right to discovery and right to oppose settlement could be a potentially substantive restriction

8    that would unfairly limit their ability to fully participate. Dkt. 43 at 2.

9    The Intervenors should be recognized as permissive intervenors pursuant to Fed. R. Civ.

10   P. 24(b). By agreement of the parties, they should also be prohibited from asserting

11   counterclaims and cross-claims. However, requiring coordination of discovery between the

12   Intervenors and named defendants is unnecessary at this juncture. It is assumed that counsel for

13   the Intervenors, like all counsel of record, will observe the Federal Rules of Civil Procedure and

14   basic canons of professionalism. Finally, prohibiting the Intervenors from opposing any

15   settlement between Plaintiffs and the named defendants is premature. Objections to settlement

16   will be addressed when and if properly raised.

17   As a practical matter, because the Intervenors have alleged no claims and have no claims

18   or cross-claims alleged against them, they are functionally amici to the case, except that they

19   may participate in discovery.

20                                            * * *

21   THEREFORE, the Motion to Intervene (Dkt. 24) is GRANTED IN PART. Washington

22   Environmental Council, Columbia Riverkeeper, Friends of the Columbia Gorge, Climate

23

24

Solutions, and Sierra Club may participate as defendants in this action. They are precluded from bringing counterclaims or cross-claims, and to that extent, the motion is denied.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 26th day of March, 2018.


ROBERT J. BRYAN
United States District Judge

ORDER ON WASHINGTON ENVIRONMENTAL COUNCIL, ET AL. MOTION TO INTERVENE - 3