THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC.; LIGHTHOUSE PRODUCTS, LLC; LHR INFRASTRUCTURE, LLC; LHR COAL, LLC; and MILLENNIUM BULK TERMINALS-LONGVIEW, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JAY INSLEE, in his official capacity as Governor of the State of Washington; MAIA BELLON, in her official capacity as Director of the Washington Department of Ecology; and HILARY S. FRANZ, in her official capacity as Commissioner of Public Lands,<br><br>Defendants. | NO.  3:18-cv-05005-RJB<br><br>ORDER GRANTING STIPULATED MOTION FOR A STATUS CONFERENCE<br><br>NOTE FOR MOTION CALENDAR: THURSDAY, MARCH 29, 2018 |

THIS MATTER came before the Court on the Stipulated Motion of Plaintiff's Lighthouse Resources, Inc., Lighthouse Products, LLC, LHR Infrastructure, LHR Coal, LLC, Millennium Bulk Terminals-Longview, LLC, and BNSF Railway Company and Defendants Jay Inslee, Maia Bellon, and Hilary S. Franz, Washington Environmental Council, Columbia Riverkeeper, Friends of the Columbia Gorge, Climate Solutions, and Sierra Club for the

ORDER GRANTING STIPULATED MOTION
 FOR A STATUS CONFERENCE – 1 OF 5
(3:18-cv-05005-RJB)

setting of a status conference.   The Court has considered the Motion and the remainder of the file herein.

THERFORE, the Stipulated Motion for a Status Conference is HEREBY GRANTED. The Court sets the Status Conference for Tuesday, April 10, 2018, at 9:30 am.

DATED this 2nd day of April, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented By:

GORDON THOMAS HONEYWELL, LLP

By: s/Bradley B. Jones
Bradley B. Jones, WSBA No. 17197
bjones@gth-law.com
1201 Pacific Ave, Ste 2100
Tacoma, WA  98402
(253) 620-6500

*Attorneys for Plaintiffs Lighthouse Resources, Inc., Lighthouse Products, LLC, LHR Infrastructure, LLC, LHR Coal, LLC, and Millennium Bulk Terminals-Longview, LLC*

Approved by:

VENABLE LLP

By: s/Kathryn K. Floyd
Kathryn K. Floyd, DC Bar No. 411027
(Admitted *pro hac vice*)
kkfloyd@venable.com

By:  s/Jay C. Johnson
Jay C. Johnson, VA Bar No. 47009
jcjohnson@venable.com

ORDER GRANTING STIPULATED MOTION
 FOR A STATUS CONFERENCE – 2 OF 5
(3:18-cv-05005-RJB)

(Admitted *pro hac vice*)

600 Massachusetts Ave NW
Washington DC 20001
202-344-4000
ROBERT W. FERGUSON
Attorney General

By: s/ Laura J. Watson
s/ Lee Overton
s/ Thomas J. Young
Laura Watson, WSBA #28452
Senior Assistant Attorney General
H. Lee Overton, WSBA #38055

Assistant Attorney General
Thomas J. Young, WSBA #17366
Senior Counsel
Office of Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA  98504-0117
360.586.6770
ECYOLYEF@atg.wa.gov
LauraW2@atg.wa.gov
LeeO1@atg.wa.gov
TomY@atg.wa.gov

Attorneys for the Defendants Jay Inslee, in his capacity as Governor of the State of Washington; and Maia Bellon, in her official capacity as Director of the Washington Department of Ecology

By: s/ *Edward D. Callow*
EDWARD D. CALLOW, WSBA #30484
Assistant Attorney General
Office of the Attorney General
Natural Resources Division
PO Box 40100
Olympia, WA  98504-0100
360.664.2854
RESOLyEFF@atg.wa.gov
tedc@atg.wa.gov

*Attorney for Defendant Hillary S. Franz, in her official capacity as Commissioner of Public Lands*

ORDER GRANTING STIPULATED MOTION
 FOR A STATUS CONFERENCE – 3 OF 5
(3:18-cv-05005-RJB)

1  BNSF Railway Company

2

3  By: s/ Robert M McKenna
   Robert M. McKenna, WSBA# 18327
4  ORRICK HERRINGTON &
   SUTCLIFFE LLP
5  701 Fifth Avenue, Ste. 5600
   Seattle, WA  98104
6  rmckenna@orrick.com

7

8  By: Adam Nolan Tabor
   Adam Nolan Tabor, WSBA #50912
9  ORRICK HERRINGTON & SUTCLIFFE LLP
   701 Fifth Avenue, Ste. 5600
10 Seattle, WA  98104
   atabor@orrick.com
11

12

13 By: James M. Lynch
   James M. Lynch, WSBA #29492
14 K&L Gates LLP (SEATTLE)
   925 Fourth Avenue, Ste. 2900
15 Seattle, WA  98104
   206.623.7580
16 Jim.lynch@klgates.com

17

18 By: s/ Barry M. Hartman
   Barry M. Hartman
19 K&L Gates (DC)
   1601 "K" St. NW
20 Washington, DC 20006
   202.778.9338
21 Barry.hartman@klgates.com
   (Admitted *pro hac vice*)
22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
 FOR A STATUS CONFERENCE – 4 OF 5
(3:18-cv-05005-RJB)

*DEFENDANTS: WASHINGTON ENVIRONMENTAL COUNCIL; COLUMBIA RIVERKEEPER; FRIENDS OF THE COLUMBIA GORGE; CLIMATE SOLUTIONS*; SIERRA CLUB

By: s/ Kristen L. Boyles
Kristen L. Boyles
WSBA #23806
EARTHJUSTICE (WA)
705 2nd Avenue, Ste 203
Seattle, WA  98104
206.343.7340
kboyles@earthjustice.org

By: s/ Jan Erik Hasselman
Jan Erik Hasselman
WSBA #29107
EARTHJUSTICE (WA)
705 2nd Avenue, Ste 203
Seattle, WA  98104
206.343.7340
jhasselman@earthjustic.org

By: /s/Marisa Christine Ordonia
Marisa Christine Ordonia
WSBA# 48081
EARTHJUSTICE (WA)
705 2nd Avenue, Ste 203
Seattle, WA  98104
206.343.7340
mordonia@earthjustice.org

ORDER GRANTING STIPULATED MOTION
 FOR A STATUS CONFERENCE – 5 OF 5
(3:18-cv-05005-RJB)

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565