THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC.; LIGHTHOUSE PRODUCTS, LLC; LHR INFRASTRUCTURE, LLC; LHR COAL, LLC; and MILLENNIUM BULK TERMINALS-LONGVIEW, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JAY INSLEE, in his official capacity as Governor of the State of Washington; MAIA BELLON, in her official capacity as Director of the Washington Department of Ecology; and HILARY S. FRANZ, in her official capacity as Commissioner of Public Lands,<br><br>Defendants. | NO. 3:18-cv-05005-RJB<br><br>LIGHTHOUSE STATEMENT OF POSITION RE: STATUS CONFERENCE |

Plaintiff Lighthouse Resources, Inc. and its related parties ("Lighthouse") submits this statement of its position on scheduling matters likely to be discussed during tomorrow's Status Conference.

LIGHTHOUSE STATEMENT OF POSITION
RE: STATUS CONFERENCE– 1 OF 4
(3:18-cv-05005-RJB)
[4822-5378-3084]

Lighthouse has reviewed the Status Conference Statement (Dkt 54) filed by Intervenor-Plaintiff BNSF Railway Company ("BNSF"), and generally agrees with its suggestions.

Lighthouse's greatest concern is that there be no additional delay in the commencement of discovery. The FRCP 26(f) Conference, Initial Disclosures and Combined Status Report deadlines have already been extended by 30 days. Lighthouse does not believe that good cause exists for any further delay. For this reason, regardless of how the Court rules on the briefing schedule for the State Defendants' Motion for Partial Dismissal ("Motion")(Dkt 20), Lighthouse respectfully requests that there be no further extension of the deadlines for the commencement of the discovery process.

As to the briefing schedule on the State Defendants' Motion, Lighthouse agrees, that if the State Defendants intend to file a 12(b)(6) motion against BNSF, BNSF's briefing proposal will be the most efficient process for the briefing, argument and consideration by the Court. Lighthouse nevertheless remains prepared to file its opposition brief on April 12 as currently scheduled.

Dated this 9th day of April, 2018.

GORDON THOMAS HONEYWELL, LLP

By: s/Bradley B. Jones
Bradley B. Jones, WSBA No. 17197
bjones@gth-law.com
1201 Pacific Ave, Ste 2100
Tacoma, WA 98402
(253) 620-6500

LIGHTHOUSE STATEMENT OF POSITION
RE: STATUS CONFERENCE– 2 OF 4
(3:18-cv-05005-RJB)
[4822-5378-3084]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

VENABLE LLP

By: s/*Kathryn K. Floyd*
    Kathryn K. Floyd, DC Bar No. 411027
    (Admitted *pro hac vice*)
    kkfloyd@venable.com

By: s/*Jay C. Johnson*
    Jay C. Johnson, VA Bar No. 47009
    jcjohnson@venable.com
    (Admitted *pro hac vice*)

600 Massachusetts Ave NW
Washington DC 20001
202-344-4000

LIGHTHOUSE STATEMENT OF POSITION
RE: STATUS CONFERENCE– 3 OF 4
(3:18-cv-05005-RJB)
[4822-5378-3084]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

By: s/*Savanna L. Stevens*
Savanna L. Stevens
Gordon Thomas Honeywell, LLP
sstevens@gth-law.com

LIGHTHOUSE STATEMENT OF POSITION
RE: STATUS CONFERENCE– 4 OF 4
(3:18-cv-05005-RJB)
[4822-5378-3084]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565