1

2

3

4

5

6                                                      The Honorable Robert J. Bryan

7

8                        **UNITED STATES DISTRICT COURT**
                       **WESTERN DISTRICT OF WASHINGTON**
9                                **AT TACOMA**

10   LIGHTHOUSE RESOURCES INC.;                  NO. 3:18-cv-05005-RJB
     LIGHTHOUSE PRODUCTS, LLC; LHR
11   INFRASTRUCTURE, LLC; LHR
     COAL, LLC; and MILLENNIUM BULK             STATE AND INTERVENOR
12   TERMINALS-LONGVIEW, LLC,                    DEFENDANTS' STATUS
                                                 CONFERENCE STATEMENT
13                     Plaintiffs,

           and
14
     BNSF RAILWAY COMPANY,
15
                       Plaintiff-Intervenor,
16
           v.
17   JAY INSLEE, in his official capacity as
     Governor of the State of Washington;
18   MAIA BELLON, in her official capacity
     as Director of the Washington
19   Department of Ecology; and HILARY S.
     FRANZ, in her official capacity as
20   Commissioner of Public Lands,

21                     Defendants,

           and
22
     WASHINGTON ENVIRONMENTAL
23   COUNCIL, COLUMBIA
     RIVERKEEPER, FRIENDS OF THE
24   COLUMBIA GORGE, CLIMATE
     SOLUTIONS, and SIERRA CLUB,

25                     Defendant-Intervenors.

26

State Defendants Governor Jay Inslee *et al.* and Intervenor-Defendants Washington Environmental Council *et al.* (WEC) jointly submit this brief status conference statement in response to those filed by Plaintiff-Intervenor BNSF and Plaintiffs Lighthouse Resources *et al.*

## A.    BNSF Proposal Regarding Briefing Schedule

BNSF's proposal would extend the current briefing schedule on State Defendants' Motion to Dismiss and Abstain to include application of the motion to BNSF. Although State Defendants and WEC do not agree with the reasons provided by BNSF for the further delay, defendants would generally agree to the schedule proposed by BNSF, subject to the following changes:

April 24, 2018: State and WEC separate supplemental briefs addressing BNSF's claims due.

May 8, 2018: Lighthouse and BNSF separate oppositions due.

May 22, 2018: State and WEC separate replies due.

## B.    Discovery and Other Court Deadlines

State Defendants and WEC object to Lighthouse Resources' suggestion that discovery commence immediately. As the pending motion contemplates dismissal and abstention of all claims, it would be inefficient and confusing to allow discovery to go forward in the meantime. Discovery should not commence until after the Court has ruled on the pending motion, as supplemented to include BNSF above. Nor should other deadlines (such as deadline to file

//

//

STATE AND INTERVENOR
DEFENDANTS' STATUS CONFERENCE
STATEMENT (3:18-cv-05005-RJB)

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

1  answers) begin to run until after the Court rules and the parties have time to confer on further

2  scheduling issues.

3       DATED this 9th day of April 2018.

4

5                              ROBERT W. FERGUSON
6                              Attorney General

7                              *s/ Laura J. Watson*
                               *s/ Lee Overton*
8                              *s/ Thomas J. Young*

9                              LAURA J. WATSON, WSBA #28452
                               Senior Assistant Attorney General
10                             H. LEE OVERTON, WSBA #38055
                               Assistant Attorney General
11                             THOMAS J. YOUNG, WSBA #17366
                               Senior Counsel
12                             Office of the Attorney General
                               Ecology Division
13                             P.O. Box 40117
                               Olympia, WA  98504-0117
14                             Telephone: 360-586-6770
                               Email: ECYOLYEF@atg.wa.gov
15                                   LauraW2@atg.wa.gov
                                     LeeO1@atg.wa.gov
16                                   TomY@atg.wa.gov

17                             *Attorneys for the Defendants*
                               *Jay Inslee, in his official capacity as Governor*
18                             *of the State of Washington; and Maia Bellon,*
                               *in her official capacity as Director of the*
19                             *Washington Department of Ecology*

20                             *s/ Edward D. Callow*

21                             EDWARD D. CALLOW, WSBA #30484

22                             Assistant Attorney General

                               Office of the Attorney General
23                             Natural Resources Division

                               P.O. Box 40100
24                             Olympia, WA 98504-0100

                               Telephone: 360-664-2854
25                             Email: RESOlyEF@atg.wa.gov

26                                   tedc@atg.wa.gov

1

2      *Attorney for Defendant*
       *Hilary S. Franz, in her official capacity as*
3      *Commissioner of Public Lands*

4
        *s/ Kristen L. Boyles*
5

6      KRISTEN L. BOYLES, WSBA #23806
       JAN E. HASSELMAN, WSBA #29107
7      MARISA C. ORDONIA, WSBA #48081
       Earthjustice
8      705 Second Avenue, Suite 203
       Seattle, WA 98104-1711
9      Telephone: 206-343-7340
       Fax: 206-343-1526
10     kboyles@earthjustice.org
       jhasselman@earthjustice.org
11     mordonia@earthjustice.org

12
       *Attorneys for Defendant-Intervenors Washington*
13     *Environmental Council, Columbia Riverkeeper,*
       *Friends of the Columbia Gorge, Climate*
14     *Solutions, and Sierra Club*

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Edward David Callow**
  tedc@atg.wa.gov, RESOlyEF@atg.wa.gov

- **Laura J Watson**
  lauraw2@atg.wa.gov, daniellef@atg.wa.gov

- **Thomas J Young**
  TomY@atg.wa.gov, ecyolyef@atg.wa.gov

- **Harold Lee Overton**
  ecyolyef@atg.wa.gov, LeeO1@atg.wa.gov, TeresaT@atg.wa.gov

- **Kathryn Kusske Floyd**
  kkfloyd@venable.com, alcrawford@venable.com,
  dclitigationdocketing@venable.com, dpace@venable.com, krobisch@venable.com,
  mkfawal@venable.com

- **Jay C Johnson**
  jcjohnson@venable.com, dpace@venable.com

- **Bradley Bishop Jones**
  bjones@gth-law.com, dwilliams@gth-law.com, sstevens@gth-law.com

- **Kristen L Boyles**
  kboyles@earthjustice.org, hmurphy@earthjustice.org, apatel@earthjustice.org,
  cmcevoy@earthjustice.org, jhasselman@earthjustice.org,
  mordonia@earthjustice.org, pkamath@earthjustice.org

- **Marisa Christine Ordonia**
  mordonia@earthjustice.org; marisa.ordonia@gmail.com

- **Jan Erik Hasselman**
  jhasselman@earthjustice.org; apatel@earthjustice.org; cmcevoy@earthjustice.org;
  hmurphy@earthjustice.org

- **Robert M McKenna**
  rmckenna@orrick.com, hbond@orrick.com, lpeterson@orrick.com

- **Adam Nolan Tabor**
  atabor@orrick.com, lpeterson@orrick.com

STATE AND INTERVENOR
DEFENDANTS' STATUS CONFERENCE
STATEMENT (3:18-cv-05005-RJB)

5

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

- **James M Lynch**
  jim.lynch@klgates.com, ethan.morss@klgates.com, klgateseservice@klgates.com

- **Barry M Hartman**
  barry.hartman@klgates.com; klgateseservice@klgates.com

DATED this 9th day of April 2018.

                                                    *s/ Laura J. Watson*
                                                    LAURA J. WATSON, WSBA #28452
                                                    Senior Assistant Attorney General
                                                    360-586-6743

STATE AND INTERVENOR
DEFENDANTS' STATUS CONFERENCE
STATEMENT (3:18-cv-05005-RJB)

6

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770