# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LIGHTHOUSE RESOURCES INC., et al.,

        Plaintiffs,

v.

JAY INSLEE, et al.,

        Defendants.

CASE NO. 3:18-cv-05005-RJB

ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE COWLITZ COUNTY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

    THIS MATTER comes before the Court on the Motion for Leave to File Brief of Amicus Curiae Cowlitz County In Opposition to Defendants' Motion to Dismiss. Dkt. 52.

    Cowlitz County ("the County") seeks leave to file its amicus brief "[i]n order to fully represent [the County's] authority and its 'local discretion'" Dkt. 52 at 3. The County maintains that it has "both a governance interest and a statutory interest" in informing the Court of the County's involvement in the underlying state court proceedings. *Id*. The County represents it notified the parties of its intent to seek amicus curiae status. According to the County, "the

Motion was supported by Plaintiffs, while the Defendants and Intervenor Earthjustice took no position on the motion at this time, reserving the right to file a response." *Id*. at 2.

The County filed the motion for leave on April 6, 2018. Dkt. 52. The motion is noted for Friday, April 20, 2018, but any Response was due by Monday, April 16, 2018. Dkt. 59. *See* LCR 7(d)(3). No party has filed a Response opposing the motion.

THEREFORE, the County having shown that its proposed amicus brief may be informative to the Court, and no party having opposed the County's motion, the Motion for Leave to File Brief of Amicus Curiae Cowlitz County In Opposition to Defendants' Motion to Dismiss (Dkt. 52) is HEREBY GRANTED.

The current briefing schedule (Dkt. 58) applies to pleadings filed by the County.

It is so ordered.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of April, 2018.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge