1
2
3
4
5
6                                              The Honorable Robert J. Bryan
7
8                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
9                              **AT TACOMA**

10   LIGHTHOUSE RESOURCES INC., et al.,        NO. 3:18-cv-05005-RJB

11                        Plaintiffs,

12             and                             DECLARATION OF
                                               THOMAS J. YOUNG IN
     BNSF RAILWAY COMPANY,                     SUPPORT OF DEFENDANTS'
13                                             MOTION FOR SUMMARY
                        Plaintiff-Intervenor,  JUDGMENT ON COMMERCE
14        v.                                   CLAUSE ISSUES

15   JAY INSLEE, et al.,

16                        Defendants,

17             and

     WASHINGTON ENVIRONMENTAL
18   COUNCIL, et al.,

                          Defendant-Intervenors.
19

20        I, THOMAS J. YOUNG, declare under penalty of perjury under the laws of the state of

21   Washington that the following is true and correct.

22        1.    I am one of the attorneys assigned to represent State Defendants in this matter. I

23   certify that attached hereto as exhibits are true and correct copies of the following documents:

24
          2.    Exhibit 1: Final Environmental Impact Statement, Chapter S.1.
25

26

DECLARATION OF THOMAS J.
YOUNG IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON
COMMERCE CLAUSE ISSUES  (3:18-cv-
05005-RJB)                                     1       ATTORNEY GENERAL OF WASHINGTON
                                                               Ecology Division
                                                               PO Box 40117
                                                            Olympia, WA 98504-0117
                                                               360-586-6770

3.      Exhibit 2: Expert Report of Ian Goodman dated November 14, 2018, pages 148-49.

4.      Exhibit 3:  Final Environmental Impact Statement, Chapter 3-2.

5.      Exhibit 4: Final Environmental Impact Statement, Chapter 3-4.

6.      Exhibit 5: Final Environmental Impact Statement, Chapter 3-5.

7.      Exhibit 6: Final Environmental Impact Statement, Chapter 5-1.

8.      Exhibit 7: Final Environmental Impact Statement, Chapter 5-2.

9.      Exhibit 8: Final Environmental Impact Statement, Chapter 5-3.

10.     Exhibit 9: Final Environmental Impact Statement, Chapter 5-4.

11.     Exhibit 10: Final Environmental Impact Statement, Chapter 5-5.

12.     Exhibit 11:  Final Environmental Impact Statement, Chapter 5-6.

13.     Exhibit 12:  Deposition of William Chapman, pages 32, 178–85, and Exhibit 399.

14.     Exhibit 13:  Deposition of Maia Bellon, pages 39–40, 139–42, 144–46, 149–50, 234–36.

15.     Exhibit 14:  Deposition of Linda Amato, pages 74–76, 96–97.

16.     Exhibit 15:  Deposition of Robert Duff, pages 27–29, 85–86.

17.     Exhibit 16:  Deposition of Keith Phillips, pages 324–25, 331–36.

18.     Exhibit 17:  Lighthouse's Answers to Intervenors' Interrogatory Nos. 10 and 21.

19.     Exhibit 18:  Deposition of Mark Berkman, pages 125–27.

20.     Exhibit 19:  Lighthouse's Supplemental Answers to Intervenors' Interrogatory No. 4.

DECLARATION OF THOMAS J.
YOUNG IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON
COMMERCE CLAUSE ISSUES  (3:18-cv-
05005-RJB)

2

21.     Exhibit 20:  BNSF's Answer to State Defendants' Interrogatory No. 1.

22.     Exhibit 21:  Lighthouse's Answer to State Defendants' Interrogatory No. 4.

23.     Exhibit 22:  Deposition of Seth Schwartz, pages 23–27, 29–31, 34–37, 164.

24.     Exhibit 23:  Order on Motions, Shorelines Hearings Board Cause No. 17-017c, dated April 20, 2018.

25.     Exhibit 24:  Expert Report of Mark Berkman (corrected), pages 15–18, dated December 3, 2018.

26.     Exhibit 25:  Fed. R. Civ. P. 30(b)(6) deposition of Jordan Sweeney, pages 57, 171–76.

DATED this 12th day of February 2019, in Olympia, Washington.


_s/ Thomas J. Young_
THOMAS J. YOUNG

DECLARATION OF THOMAS J.
YOUNG IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON
COMMERCE CLAUSE ISSUES  (3:18-cv-
05005-RJB)

3

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on February 12, 2019, I caused the foregoing document to be

3

electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4

notification of such filing to all counsel of record.

5

     DATED this 12th day of February 2019.

6

7

                            _s/ Thomas J. Young_

8

                            THOMAS J. YOUNG, WSBA #17366
Senior Counsel

9

                            360-586-4608

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF THOMAS J.
YOUNG IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON
COMMERCE CLAUSE ISSUES  (3:18-cv-
05005-RJB)

4

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770