THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC., et al,<br><br>　　　　Plaintiffs,<br>　　and<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Plaintiff-Intervenor,<br>　v.<br><br>JAY INSLEE, et al.,<br><br>　　　　Defendants,<br><br>WASHINGTON ENVIRONMENTAL COUNCIL, et al.,<br><br>　　　　Defendant-Intervenors. | NO. 3:18-cv-05005-RJB<br><br>**[PROPOSED] ORDER** |

This matter came before the Court on Plaintiffs' and Plaintiff-Intervenor's Daubert Motion to Exclude Defendants' Expert David Batker. Upon consideration of the briefs, declarations, exhibits, argument, and all materials filed in support of and in opposition, **IT IS HEREBY ORDERED** that Plaintiffs' and Plaintiff-Intervenor's Daubert Motion is **GRANTED**. The opinions and testimony of Defendants' expert witness David Batker are excluded under Rule 702 of the Federal Rules of Evidence.

[PROPOSED] ORDER GRANTING PLAINTIFFS'
AND PLAINTIFF-INTERVENOR'S DAUBERT
MOTION TO EXCLUDE DEFENDANTS' EXPERT
DAVID BATKER – 1 OF 3
(3:18-cv-05005-RJB)

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

**IT IS SO ORDERED**

Dated this _____ day of _____, 2019.

_____
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by

*s/Kathryn K. Floyd*
*s/Jay C. Johnson*
*s/David L. Feinberg*
*s/Kyle W. Robisch*
Kathryn K. Floyd, DC Bar No. 411027
(Admitted *pro hac vice*)
Jay C. Johnson, VA Bar No. 47009
(Admitted *pro hac vice*)
David L. Feinberg, DC Bar No. 982635
(Admitted *pro hac vice*)
Kyle W. Robisch, DC Bar No. 1046856
(Admitted *pro hac vice*)

Venable LLP
600 Massachusetts Ave NW
Washington DC 20001
202-344-4000
Email: kkfloyd@venable.com
         jcjohnson@venable.com
         dlfeinberg@venable.com
         KWRobisch@Venable.com

*s/Robert M. McKenna*
*s/Adam N. Tabor*
Robert M. McKenna, WSBA No. 18327
Adam N. Tabor, WSBA No. 50912
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
206-839-4300
Email: rmckenna@orrick.com
         atabor@orrick.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
AND PLAINTIFF-INTERVENOR'S DAUBERT
MOTION TO EXCLUDE DEFENDANTS' EXPERT
DAVID BATKER – 2 OF 3
(3:18-cv-05005-RJB)

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

1  s/Bradley B. Jones
   Bradley B. Jones, WSBA No. 17197
2  GORDON THOMAS HONEYWELL, LLP
   1201 Pacific Ave, Ste 2100
3  Tacoma, WA 98402
   253-620-6500
4  Email: bjones@gth-law.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S DAUBERT MOTION TO EXCLUDE DEFENDANTS' EXPERT DAVID BATKER – 3 OF 3
(3:18-cv-05005-RJB)