The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC., et al., <br>     Plaintiffs, <br> and <br> BNSF RAILWAY COMPANY, <br>     Plaintiff-Intervenor, <br> v. <br> JAY INSLEE, et al., <br>     Defendants, <br> and <br> WASHINGTON ENVIRONMENTAL COUNCIL, et al., <br>     Defendant-Intervenors. | NO. 3:18-cv-05005-RJB <br><br> JOINT STATUS REPORT |

Pursuant to the Court's Order dated April 19, 2021, the parties submit this joint status report.

Plaintiff Lighthouse Resources, Inc., and its subsidiary, Millennium Bulk Terminals–Longview (Lighthouse), sought to construct a large coal export terminal on the banks of the Columbia River in Cowlitz, County, Washington. The Department of Ecology denied Lighthouse's application for a Clean Water Act § 401 certification for the proposed facility and the Department of Natural Resources denied Lighthouse's request to sublease the state-owned

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

1  aquatic lands on which the facility would have been constructed. Lighthouse brought this suit
2  challenging those decisions on various grounds, including federal preemption and violation of
3  the dormant Commerce Clause.
4      After rulings by this Court dismissing some of Lighthouse's claims, and abstaining on
5  others, Lighthouse appealed to the Ninth Circuit. However, in December 2020, while the
6  appeal was pending, Lighthouse, Millennium, and related companies filed voluntary
7  bankruptcy petitions in the bankruptcy court in Delaware. Shortly thereafter, Lighthouse
8  divested itself of the property on which the terminal would have been constructed, and sold all
9  or substantially all of its remaining assets. The Ninth Circuit dismissed the appeal as moot in
10 March 2021.
11     Lighthouse's bankruptcy and subsequent divestment of its interest in the terminal
12 property means that Lighthouse no longer has a stake in the outcome of this case. As a result,
13 the case is moot and should be dismissed with prejudice. *Maldonado v. Lynch*, 786 F.3d 1155,
14 1160–61 (9th Cir. 2015); *Pub. Utils. Comm'n of State of Cal. v. Fed. Energy Regulatory
15 Comm'n*, 100 F.3d 1451, 1458 (9th Cir. 1996) (case was moot when the project proponent
16 abandoned its proposed project). Plaintiff-Intervenor BNSF Railway Company has no
17 objection to the case being dismissed.
18     The parties agree that there is nothing further to litigate in this case and that it may be
19 dismissed with prejudice as moot, without fees or costs to any party.
20     DATED this 27th day of April 2021.

ROBERT W. FERGUSON
Attorney General

*s/ Thomas J. Young*
*s/ Sonia A. Wolfman*
*s/ Julian Beattie*
THOMAS J. YOUNG, WSBA #17366
Senior Counsel
SONIA A. WOLFMAN, WSBA #30510
JULIAN BEATTIE, WSBA #45586
Assistant Attorneys General

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

|   |   |
|---|---|
| 1 | Office of the Attorney General |
| 2 | Ecology Division |
|   | P.O. Box 40117 |
| 3 | Olympia, WA 98504-0117 |
|   | Telephone: 360-586-6770 |
| 4 | Email: ECYOlyEF@atg.wa.gov |
| 5 | TomY@atg.wa.gov |
|   | SoniaW@atg.wa.gov |
| 6 | JulianB1@atg.wa.gov |

```
                              s/ Zachary P. Jones
                             ZACHARY P. JONES, WSBA #44557
                             Assistant Attorney General
                             Office of the Attorney General
                             Complex Litigation Division
                             800 5th Avenue, Suite 2000
                             Seattle, WA 98104
                             Telephone: 206-332-7089
                             Email: zachj@atg.wa.gov
```

*Attorneys for Defendants Jay Inslee, in his official capacity as Governor of the State of Washington; and Laura Watson, in her official capacity as Director of the Washington Department of Ecology*

```
                              s/ Kristen L. Boyles
                             Kristen L. Boyles, WSBA #23806
                             Jan E. Hasselman, WSBA #29107
                             Marisa C. Ordonia, WSBA #48081
                             EARTHJUSTICE
                             810 Third Avenue, Suite 610
                             Seattle, WA 98104-1711
                             Telephone: 206-343-7340
                             Email: kboyles@earthjustice.org
                                    jhasselman@earthjustice.org
                                    mordonia@earthjustice.org
```

*Attorneys for Defendant-Intervenors Washington Environmental Council, Columbia Riverkeeper, Friends of the Columbia Gorge, Climate Solutions, and Sierra Club*

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

3

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

| | |
|---|---|
| 1 | Jessica L. Yarnall Loarie, CSBA #252282 |
| 2 | Sierra Club, Environmental Law Program |
| | 2101 Webster St., Suite 1300 |
| 3 | Oakland, CA 94612 |
| | Telephone: 415-977-5636 |
| 4 | Email: jessica.yarnall@sierraclub.org |
| 5 | *Attorney for Defendant-Intervenor Sierra Club* |

 *s/ Jay C. Johnson*
Jay C. Johnson, VA Bar #47009
Kathryn K. Floyd, DC Bar #411027
Michael C. Davis, VA Bar #658036
Venable LLP
600 Massachusetts Ave. NW
Washington, DC 20001
Telephone: 202-344-4000
Email: jcjohnson@venable.com
    kkfloyd@venable.com
    mcdavis@venable.com

 *s/ Bradley B. Jones*
Bradley B. Jones, WSBA #17197
Gordon Thomas Honeywell LLP
600 University, Suite 2100
Seattle, WA 98101
Telephone: 206-676-7677
Email: bjones@gth-law.com

Stephanie Bloomfield, WSBA #24251
Gordon Thomas Honeywell LLP
1201 Pacific Ave., Suite 2100
Tacoma, WA 98402
Telephone: 253-620-6500
Email: sbloomfield@gth-law.com

*Attorneys for Plaintiffs Lighthouse Resources, Inc., et al.*

//
//
//
//

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

4

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

| | |
|---|---|
| 1 | |
| 2 | *s/ Barry M. Hartman* |
| | Barry M. Hartman, DC Bar #41655 |
| 3 | K&L Gates LLP |
| | 1601 K Street NW |
| 4 | Washington, DC 20006 |
| | Telephone: 202-778-9000 |
| 5 | Email: barry.hartman@klgates.com |
| 6 | *s/ Robert M. McKenna* |
| | Robert M. McKenna, WSBA #18327 |
| 7 | Mark S. Parris, WSBA #13870 |
| | Orrick, Herrington & Sutcliffe LLP |
| 8 | 701 Fifth Ave., Suite 5600 |
| | Seattle, WA 98104 |
| 9 | Telephone: 206-839-4300 |
| 10 | Email: rmckenna@orrick.com |
| | mparris@orrick.com |

*Attorneys for Intervenor-Plaintiff BNSF Railway Company*

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

5

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 27th day of April 2021.

 *s/ Thomas J. Young*
THOMAS J. YOUNG, WSBA #17366
Senior Counsel
360-586-6770

JOINT STATUS REPORT
(3:18-cv-05005-RJB)

6

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770