The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LIGHTHOUSE RESOURCES INC., et al.,<br><br>    Plaintiffs,<br><br>    and<br><br>BNSF RAILWAY COMPANY,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>JAY INSLEE, et al.,<br><br>    Defendants,<br><br>    and<br><br>WASHINGTON ENVIRONMENTAL COUNCIL, et al.,<br><br>    Defendant-Intervenors. | NO. 3:18-cv-05005-RJB<br><br>AGREED ORDER OF DISMISSAL |

THIS MATTER came before the Court based on the parties' Joint Status Report. The parties agree that this matter may be dismissed with prejudice.

Now, therefore, Plaintiffs' and Plaintiff-Intervenor's Complaints are hereby

//

//

//

//

AGREED ORDER OF DISMISSAL
(3:18-cv-05005-RJB)

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

1  DISMISSED with prejudice, without fees or costs to any party.

2  IT IS SO ORDERED this 27th day of April, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Thomas J. Young*
*s/ Sonia A. Wolfman*
*s/ Julian Beattie*
THOMAS J. YOUNG, WSBA #17366
Senior Counsel
SONIA A. WOLFMAN, WSBA #30510
JULIAN BEATTIE, WSBA #45586
Assistant Attorneys General
Office of the Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117
Telephone: 360-586-6770
Email: ECYOlyEF@atg.wa.gov
       TomY@atg.wa.gov
       SoniaW@atg.wa.gov
       JulianB1@atg.wa.gov

*s/ Zachary P. Jones*
ZACHARY P. JONES, WSBA #44557
Assistant Attorney General
Office of the Attorney General
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
Telephone: 206-332-7089
Email: zachj@atg.wa.gov

AGREED ORDER OF DISMISSAL
(3:18-cv-05005-RJB)

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

*Attorneys for Defendants Jay Inslee, in his official capacity as Governor of the State of Washington; and Laura Watson, in her official capacity as Director of the Washington Department of Ecology*

 s/ *Kristen L. Boyles*
Kristen L. Boyles, WSBA #23806
Jan E. Hasselman, WSBA #29107
Marisa C. Ordonia, WSBA #48081
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Telephone: 206-343-7340
Email: kboyles@earthjustice.org
         jhasselman@earthjustice.org
         mordonia@earthjustice.org

*Attorneys for Defendant-Intervenors Washington Environmental Council, Columbia Riverkeeper, Friends of the Columbia Gorge, Climate Solutions, and Sierra Club*

Jessica L. Yarnall Loarie, CSBA #252282
Sierra Club, Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: 415-977-5636
Email: jessica.yarnall@sierraclub.org

*Attorney for Defendant-Intervenor Sierra Club*


 s/ *Jay C. Johnson*
Jay C. Johnson, VA Bar #47009
Kathryn K. Floyd, DC Bar #411027
Michael C. Davis, VA Bar #658036
Venable LLP
600 Massachusetts Ave. NW
Washington, DC 20001
Telephone: 202-344-4000
Email: jcjohnson@venable.com
kkfloyd@venable.com
         mcdavis@venable.com

 s/ *Bradley B. Jones*
Bradley B. Jones, WSBA #17197
Gordon Thomas Honeywell LLP
600 University, Suite 2100

AGREED ORDER OF DISMISSAL
(3:18-cv-05005-RJB)

3

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

| | |
|---|---|
| 1 | Seattle, WA 98101 |
| 2 | Telephone: 206-676-7677 |
|   | Email: bjones@gth-law.com |
| 3 | |
| 4 | Stephanie Bloomfield, WSBA #24251 |
|   | Gordon Thomas Honeywell LLP |
| 5 | 1201 Pacific Ave., Suite 2100 |
|   | Tacoma, WA 98402 |
| 6 | Telephone: 253-620-6500 |
|   | Email: sbloomfield@gth-law.com |
| 7 | |
| 8 | *Attorneys for Plaintiffs Lighthouse Resources, Inc., et al.* |

 *s/ Barry M. Hartman*
Barry M. Hartman, DC Bar #41655
K&L Gates LLP
1601 K Street NW
Washington, DC 20006
Telephone: 202-778-9000
Email: barry.hartman@klgates.com

 *s/ Robert M. McKenna*
Robert M. McKenna, WSBA #18327
Mark S. Parris, WSBA #13870
Orrick, Herrington & Sutcliffe LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: 206-839-4300
Email: rmckenna@orrick.com
         mparris@orrick.com

*Attorneys for Intervenor-Plaintiff BNSF Railway Company*

AGREED ORDER OF DISMISSAL
(3:18-cv-05005-RJB)

4

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770